# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-1171
LT Case No. 2022-CA-000693

———————————————

DUANE MICHAEL COTTIER,

    Appellant,

    v.

SUNTAAC AND COMPANY, INC.,
INTERFIVE, INC., DIAMOND
CONSTRUCTION, SCOTT
WYCKOFF, AND RONALD
CHAPMAN,

    Appellees.

———————————————

On appeal from the Circuit Court for Citrus County.
Caroline Falvey, Judge.

Duane Michael Cottier, South Bay, pro se.

No Appearance for Appellees.

October 3, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————